# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 22, 2023

## NO. 03-23-00102-CR

**Jimmy Wayne Tharp, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 51ST DISTRICT COURT OF IRION COUNTY
### BEFORE JUSTICES BAKER, TRIANA, AND KELLY
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment to delete the $5 "Additional Monthly Fine for Sex Offenders." The judgment, as modified, is affirmed. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.